UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHUONG Q. VO,

        Petitioner,

  v.

R. NDOH,

        Respondent.

No. 2:16-cv-2975-EFB P

ORDER

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

    In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order may result in this action being dismissed; and

/////

/////

/////

1  2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form
2       used by this district.
3  Dated:  January 17, 2017.

     _____
     EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE